FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAR -4 PM 2:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL WILSON | CIVIL ACTION |
| VERSUS | NO. 04-0196 |
| N. BURL CAIN, WARDEN<br>LOUISIANA STATE PENITENTIARY | SECTION "F"(6) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Michael Wilson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and the petition **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 3rd day of MARCH, 2009.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____